**SHA-1 Hash:** 3B39460ABF5377A5830F532935B590D40086B834     **Title**  Girls Night Out
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 173.10.158.222 | 11/19/2011 18:07 | Washington | DC | Comcast Business Communications | BitTorrent |
| 2 | 68.33.152.119 | 12/27/2011 3:26 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 68.48.152.110 | 11/20/2011 7:02 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 68.48.71.36 | 12/30/2011 4:15 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 68.49.150.70 | 12/5/2011 1:38 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 68.55.23.84 | 1/7/2012 13:31 | Washington | DC | Comcast Cable | BitTorrent |
| 7 | 69.140.147.180 | 1/9/2012 1:58 | Washington | DC | Comcast Cable | BitTorrent |
| 8 | 76.21.209.54 | 12/9/2011 13:35 | Washington | DC | Comcast Cable | BitTorrent |
| 9 | 98.204.156.173 | 11/22/2011 7:07 | Washington | DC | Comcast Cable | BitTorrent |
| 10 | 98.218.235.148 | 1/6/2012 6:06 | Washington | DC | Comcast Cable | BitTorrent |
| 11 | 216.15.62.209 | 12/31/2011 2:57 | Washington | DC | RCN Corporation | BitTorrent |
| 12 | 66.44.39.89 | 12/29/2011 15:36 | Washington | DC | RCN Corporation | BitTorrent |
| 13 | 68.163.66.158 | 12/13/2011 7:26 | Washington | DC | Verizon Internet Services | BitTorrent |
| 14 | 70.108.18.237 | 1/5/2012 7:43 | Washington | DC | Verizon Internet Services | BitTorrent |
| 15 | 71.251.61.178 | 11/21/2011 21:37 | Washington | DC | Verizon Internet Services | BitTorrent |
| 16 | 72.83.89.74 | 12/6/2011 14:01 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A

DC2