UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NO. 1:12-cv-00235-RC-JMF

| | |
|---|---|
| MALIBU MEDIA, LLC.<br><br>        Plaintiff,<br><br>v.<br><br>JOHN DOES 1-16,<br><br>        Defendants. | **PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL <u>WITH PREJUDICE OF DOE 8 ONLY</u>** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 85 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action <u>with prejudice</u>. John Doe 8 was assigned the IP Address 76.21.209.54. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Doe 8 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Respectfully Submitted,

By  _/s/ Jon A. Hoppe_____
     Jon A. Hoppe, Esquire #438866
     Maddox, Hoppe, Hoofnagle &
     Hafey, L.L.C.
     1401 Mercantile Lane #105
     Largo, Maryland 20774
     (301) 341-2580

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                                  */s/ Jon A. Hoppe*  
                                                                                  Jon A. Hoppe, Esquire