**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<u>Civil Action No. 1:12-cv-00235-RLW</u>

MALIBU MEDIA, LLC, a California corporation,

    Plaintiff,

v.

JOHN DOES 1-16,

    Defendants.

_____/

**PLAINTIFF NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
<u>OF JOHN DOE 3 ONLY WITH PREJUDICE</u>**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 3 ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntary dismisses Defendant from this action <u>with prejudice</u>.  John Doe 3 was assigned the IP Address 68.48.152.110.  For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 3 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated:  July ___, 2012

                                                Respectfully submitted,

                                                By:  /s/ *Jon A. Hoppe*
                                                Jon A. Hoppe, Esquire
                                                jhoppe@mhhhlawfirm.com
                                                MADDOX, HOPPE, HOOFNAGLE & HAFEY, L.L.C.
                                                1401 Mercantile Lane #105
                                                Largo, Maryland 20774
                                                Phone:  301-341-2580
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July ____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interest parties through this system.

                 By:  /s/ *Jon A. Hoppe*