## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. <u>1:12-cv-00235-RC-JMF</u> |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-16, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOES 2, 9, 11 AND 12 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses Defendants, John Doe 2, 9, 11 and 12 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned IP addresses 68.33.152.119, 98.204.156.173, 216.15.62.209 and 66.44.39.89. For the avoidance of doubt, Plaintiff is <u>not</u> voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: November 6, 2012

Respectfully Submitted,

By: <u>/s/ *Jon A/ Hoppe*</u>
Jon A. Hoppe, Esquire #438866
Counsel
Maddox, Hoppe, Hoofnagle &
    Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

_/s/ Jon A. Hoppe_____
Jon A. Hoppe, Esquire